ORIGINAL

United States District Court
Southern District of Texas
FILED

JUL 1 0 2000

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA, §
§
Plaintiff §
§          CIVIL ACTION **B-00-106**
§          ───────  ─
versus §          (Claim: C100-02873)
§
RICK LEDESMA, §
§
Defendant §

## Complaint

1.   *Jurisdiction.* The district court has jurisdiction because the United States is a party.

See U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.   *Venue.* The defendant is a resident of Cameron County, Texas, and may be served

with process at 2214 S. Parkwood, Harlingen, Texas 78550.

3.   *The Debt.* The debt owed the United States is:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 2,844.35 |
| B. | Current interest (capitalized and accrued) | $ | 2,372.73 |
| C. | Administrative fees, costs, penalties | $ | 46.44 |
| D. | Attorney's fees | $ | 550.00 |
| E. | Balance due | $ | <u>5,813.52</u> |
| F. | Prejudgment interest accrues at | | |

9.00% per annum being $ 0.70 per day.

The current principal in paragraph 3 A is after credits of $ 345.00.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding

attorney's fees and central intake facility charges. On the date of the certificate the principal and

interest shown were correct after credits having been applied.

4.      *Failure to pay*. Demand has been made on the defendant to pay the indebtedness,

and the defendant has failed to pay it.

5.      *Prayer*. The United States prays for judgment for:

A.      The sums in paragraph 3 plus pre-judgment interest through the date
        of judgment, administrative costs, and post-judgment interest.

B.      Attorney's fees; and,

C.      Other relief the court deems proper.

Respectfully submitted,

ALONSO & CERSONSKY, P.C.

By: _____
    M. H. Cersonsky
    Attorney in Charge
    State Bar: 04048500
    Southern District: 5082
    5065 Westheimer, Suite 600
    Houston, Texas 77056
    Telephone: (713) 840-1492
    Fax: (713) 840-0038

Attorneys for Plaintiff

ClibPDF - www.fastio.com

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Rick M Ledesma
aka Ricardo M Ledesma
2214 S Parkwood
Harlingen, TX 78550
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/11/00.

On or about 08/11/86, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, from Trans World Insurance Company at 9 percent interest per annum. This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 02/27/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,925.61 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 05/28/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,844.35 |
| Interest: | $2,372.73 |
| Administrative/Collection Costs: | $46.44 |
| Late Fees: | $0.00 |
| Total debt as of 04/11/00: | $5,263.52 |

Interest accrues on the principal shown here at the rate of $0.70 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/24/00

Name: _____
Title: LOAN ANALYST
Branch: LITIGATION BRANCH

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Rick M Ledesma
aka Ricardo M Ledesma
2214 S Parkwood
Harlingen, TX  78550
SSN:  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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from  04/11/00.

On or about 08/11/86, the borrower executed promissory note(s) to secure loan(s) of $2,500.00, from  Trans World Insurance Company at 9 percent interest per annum.  This loan obligation was guaranteed by United Student Aid Funds, Inc. and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682).  The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s).  The borrower defaulted on the obligation on 02/27/89, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,925.61 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement.  The guarantor attempted to collect the debt from the borrower.  The guarantor was unable to collect the full amount due, and on 05/28/93, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any.  After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,844.35 |
| Interest: | $2,372.73 |
| Administrative/Collection Costs: | $46.44 |
| Late Fees: | $0.00 |
| Total debt as of 04/11/00: | $5,263.52 |

Interest accrues on the principal shown here at the rate of $0.70 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/24/00

Name: _____
Title:  LOAN ANALYST
Branch: LITIGATION BRANCH

PLAINTIFF'S EXHIBIT 1

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF

UNITED STATES OF AMERICA,

Plaintiff

V.

RICK LEDESMA,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-00-106**

TO: (Name and address of defendant)

Rick Ledesma
2214 S. Parkwood
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

7-10-00

CLERK                                           DATE

(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                §

         VS                              §   CIVIL ACTION NO.   B-00-106

Rick Ledesma                             §

United States District Court
Southern District of Texas
FILED

JUL 1 0 2000

Michael N. Milby
Clerk of Court

## ORDER SETTING CONFERENCE

1.   Counsel shall appear for an initial pretrial conference:

         October 19, 2000, at 2:00 p.m.
         Courtroom No. 1, 2nd Floor
         U.S. Federal Building & Courthouse
         600 E. Harrison, #203
         Brownsville, Texas 78520

2.   Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations.  When a group description is effective disclosure, an individual listing is not necessary.  Underline the name of corporations with publicly traded securities.  Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3.   The plaintiff must serve the defendant within 120 days of filing the complaint.  The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative.  *See* Rule 4(m).

4.   At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial.  *See* Fed.R.Civ.P. Rule 26(f).

5.   The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6.   By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7.   The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8.   Counsel who file and remove an action must serve a copy of this order on the other parties.

9.   Counsel who appears at the conference must have authority to bind the client and must know the facts.

10.  Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11.  Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

                                        BY THE ORDER OF THE COURT