IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-106 |
| | § | (Claim No. C100-02873) |
| RICK LEDESMA, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR CONTINUANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and says as follows:

I.

The above referenced case has been set for Pretrial Conferences and Disclosure of Interested Parties on Thursday, October 19, 2000, at 2:00 P.m., by Order of this Court.

II.

Plaintiff and Defendant have entered into a settlement agreement. Defendant is to make his final installment under the terms of the settlement on November 1, 2000. It is the sincere desire of both parties to resolve this matter by way of settlement, as opposed to further litigation.

III.

This Motion is not set out for delay, but so that justice may be done and that settlement can be achieved.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant this Motion for Continuance.

Respectfully submitted,

By: _____
M. H. Cersonsky TBA#04048500, SBA#5082
5065 Westheimer, Suite 600
Houston, Texas  77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested and fax delivery on this 16th day of October, 2000, to:

Mr. Rick Ledesma
2214 S. Parwood
Harlingen, TX 78550
FAX: (956) 412-1424

_____
M. H. Cersonsky