7

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-106 |
| | § | (Claim No. C100-02873) |
| RICK LEDESMA, | § | |
| | § | |
| Defendant. | § | |

## USA'S FIRST AMENDED MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable United States District Judge Hilda G. Talge:

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Rick Ledesma without prejudice, and would respectfully show the Court that all issues in controversy have been compromised and settled.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Ledesma, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _M. H. Cersonsky_
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested on December 4, 2000, to counsel for Defendant:

Rick Ledesma
2214 S. Parwood
Harlingen, TX 78550

_____
M. H. Cersonsky