

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-106 |
| RICK LEDESMA, | § § | (Claim No. B-00-106) |
| Defendant | § § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, First Amended Motion to Dismiss claim against Rick Ledesma without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that it has settled the matters in dispute relating to the claim, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _December 7_, 2000, at Brownsville, Texas.

_____
Hon. Hilda G. Tagle
United States District Judge